```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND WILLIAMS,              :    CIVIL ACTION
                               :    No. 14-4105
        Plaintiff,             :
                               :
    v.                         :
                               :
CAROLYN W. COLVIN, ACTING      :
COMMISSIONER OF SOCIAL SECURITY,:
                               :
        Defendant.             :
```

## O R D E R

**AND NOW**, this **16th** day of **February, 2016,** after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 16), it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(3) Plaintiff's request for review is **GRANTED**;

(4) This matter is **REMANDED** to the Commissioner for further review consistent with this Order; and

(5) The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO    J.**